CHARLES M. PALMER et al., Copartners under the Firm Name of PALMER, DEWITT & PALMER, Respondents, *v.* THE NEW YORK HERALD COMPANY, Appellant.

(Submitted June 9, 1930; decided June 13, 1930.)

*W. Randolph Montgomery* for motion.
*Joseph H. Choate, Jr.*, opposed.

Motion granted to the extent of dismissing the appeal from the order granting a new trial as to the second cause of action unless within ten days the appellant files the statutory stipulation for judgment absolute; in other respects, motion denied, without costs.